tin and others, Appellants.—Motion for leave to appeal to the Court of Appeals denied.

Reuben R. Pierce v. William P. Fowler.—Motion for reargument denied.

Reuben H. Farnham, Supervisor, etc., v. Charles B. Benedict.— Motion denied, without prejudice to the right of the moving parties to renew the motion for substitution at the Special Term, upon the same or additional papers. Bradley, J., not voting.

Robert Simpson v. George D. Swikehard. — Motion to correct memoranda of decision of last term denied.

In the Matter of the Petition of the German Bank, a Creditor of George Farthing, Deceased. — Order declaring surrogate of Erie county disqualified, etc., granted.

John Olmstead v. Mary L. Keys. — Order reversed, with ten dollars costs and disbursements, and motion granted. Opinion by Haight, J.; Lewis, J, concurs; Bradley J., not voting ; Barker, J., not sitting.

John Olmstead v. Mary L. Keys. — Order appealed from reversed, so far as it denies plaintiff's motion to compel Lemuel W. Bignall to pay the costs allowed on the affirmance of the judgment in the General Term, and as to such costs the motion is granted. And so much of the order appealed from as refused the motion to compel Bignall to pay the sixty dollars and fifty cents allowed in supplementary proceedings affirmed, without costs of this appeal to either party, on the opinion of Haight, J., in the former case.

George B Kent and others, Appellants, v. Michael Kolb and others, Respondents. — Reargument ordered.

Charles S. Briggs, Appellant, v. Albert C. Hobbie, Respondent. — Judgment reversed and new trial ordered, costs to abide the event. Opinion by Bradley, J.

William H. Ensign and others, Respondents, v. Mills W. Barse and others, Appellants. — Order appointing receiver reversed, with ten dollars costs and disbursements.

William H. Ensign and others, Respondents, v. John L. McKinney and others. Appellants. — Order appointing receiver reversed, with ten dollars costs and disbursements.

Ashbel F. Bard, Respondent, v. John L. McKinney and others, Appellants. — Order appointing receiver reversed, with ten dollars costs and disbursements.

Claudius Shattuck and another, by guardian, Plaintiffs, v. George Bascom, Defendant. — Motion for new trial denied and judgment ordered for the plaintiff on the verdict. Opinion by Bradley, J. ; Barker, J., concurs ; Haight, J., not sitting.

Martha J. Parsons, as Executrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order reversed and a new trial ordered, with costs to abid the event. Opinion by Haight, J.; Bradley, J., concurs ; Barker, J., concurs in result.

In the Matter of the Probate of an Instrument Propounded as the Last Will, etc., of Charlotte D. Hewitt, deceased. — Decree reversed and the issues ordered to be tried before a jury at the Cayuga circuit, with costs of this appeal to abide the final award of costs in the proceeding. Opinion by Haight, J.; Barker and Bradley, JJ., concur.

Emma A. Fish, Respondent, v. Martin F. Lindsley, Sheriff, etc., Appellant. — Motion for new trial granted, with costs to abide the event. Opinion by Barker, J.

Elizabeth M. Filkins, Respondent, v. Thomas Crnice, Appellant. —Judgment reversed and a new trial ordered before another referee. Opinion by Haight, J.

Horace McGuire, as Receiver, etc., Respondent, v. William H. Cobb and another, Appellants.—

Judgment affirmed, with costs. Opinion by Haight, J.

Henry C. Cram and others, Respondents, v. The City of Buffalo, Appellant. — Judgment affirmed, with costs, on the opinion of Daniels, J.

William H. Williamson, Respondent, v. Henry S. Overhiser, Appellant. — Judgment of the County Court affirmed. Opinion by Barker, J.

Fredericka Baker, Respondent, v. George Johns and another, Appellants. — Judgment and order affirmed. Opinion by Bradley, J. ; Barker, J., not sitting.

Thomas Rutherford, Appellant, v. The Village of Holley, Respondent. — Judgment reversed and a new trial ordered before another referee, with the costs to abide the final award of costs. Opinion by Barker, J.

Peter Fossett, by Guardian, Plaintiff, v. The Society for the Protection of Destitute Roman Catholic Children, Defendant. — Motion for new trial granted, with costs to abide the event. Opinion by Haight, J.; dissenting opinion by Barker, J.

Jonas Clark, Respondent, v. Martin Andrus, Appellant, Impleaded, etc. — Judgment and order affirmed. Opinion by Bradley, J. ; Haight, J., not sitting.

The Village of Lyons, Respondent, v. Manly Hanchett, Appellant. — Judgment affirmed, with costs. Opinion by Barker, J.

John F. Hirsch, Respondent, v. The City of Buffalo, Appellant. -Judgment affirmed Opinion by Haight, J. ; Barker, J., not sitting.

Elizabeth Cornue, Appellant, v. Robert H. Webb and others, Respondents.—Judgment reversed and a new trial ordered, with costs of this appeal to abide the final award of costs. Opinion by Bradley, J.

John Brown and others, Respondents, v. Joseph Cone, Appellant. — Judgment and order reversed and a new trial ordered, with costs to abide the event. Opinion by Barker, J.

Evelyn W. Wadsworth, as General Guardian, etc., Appellant, v. James W. Wadsworth and another, Respondents — Judgment reversed and a new trial ordered before another referee, with costs to abide the event. Opinion by Haight J.

William Burke, Plaintiff, v. Augustus Spinning, Defendant. — Motion for new trial granted, with costs to abide the event. Opinion by Barker, J.

Jacob Steffan, Respondent, v. The City of Buffalo, Appellant. — Judgment reversed and a new trial granted, with costs to abide the event. Opinion by Bradley, J.

Alice Lafflin, Respondent, v. The Buffalo and South-Western Railroad Company, Appellant. —Judgment and order affirmed. Opinion by Barker, J.

Moses P. Hall and another, Respondents, v. Abram R. Miller, Appellant. —Judgment of the County Court reversed and that of the justice affirmed, with costs. Opinion by Barker, J.

Thomas J. Chamberlain and others, Executors, etc, Appellants, v. Haskell L. Taylor and others, Respondents. — Judgment affirmed on the opinion of Haight, J , in former case. [See ante, p. 24.—REP] Bradley, J., not sitting.

William H. Ensign v. Mills W. Barse and others. — Motion for new trial granted, with costs to abide the event, on the opinion of Haight, J., in the case of Chamberlain v. Taylor. Bradley, J., not sitting.

Emily M. Goodrich, Respondent, v. George W. Goodrich and William J. Goodrich, Appellants. — Judgment modified as indicated in the opinion, and as modified affirmed, with costs to the respondent. Judgment to be settled by Bradley, J. Opinion by Bradley, J. ; Haight, J., not sitting.

David W. Burt, Respondent, v. George W.